| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barbadoro, Paul J | District of New Hampshire | 05/7/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Warren Rudman U.S. Courthouse<br>55 Pleasant St. Room 409<br>Concord, New Hampshire 03301 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 10: 21 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J | 05/7/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | New England College |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J | 05/7/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J | 05/7/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking-Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 2. *Employee Pension Plan-Great American Life Ins. Co. | A | Interest | J | T | Sell | 6/12 | J | B | |
| 3. Savings-Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 4. *T.Rowe Price Capital Appreciation Fund | D | Dividend | L | T | None | | | | |
| 5. *T. Rowe Price European Fund | D | Dividend | L | T | None | | | | |
| 6. *IRA Fidelity Contra Fund | D | Dividend | M | T | None | | | | |
| 7. *IRA Fidelity Growth & Income Fund | A | Dividend | L | T | None | | | | |
| 8. *IRA Fidelity Blue Chip Growth | B | Dividend | L | T | None | | | | |
| 9. *IRA Fidelity Aggressive Growth Fund | A | None | K | T | None | | | | |
| 10. *Brandywine Fund, Inc.-Firstar Trust Company | A | None | K | T | None | | | | |
| 11. *Fidelity Unique College Investment Plan (Fund A) | C | Dividend | L | T | Buy | 1/5 | J | | |
| 12. | | | | | Part sale | 7/19 | K | B | |
| 13. | | | | | Part sale | 7/27 | K | C | |
| 14. | | | | | Part Sale | 12/11 | J | A | |
| 15. *Fidelity Unique College Investment Plan (Fund B) | C | Dividend | L | T | Buy | 1/20 | J | | |
| 16. | | | | | Sell | 7/27 | L | D | |
| 17. *IRA Fidelity Diversified International | B | Dividend | K | T | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J | 05/7/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   *TIAA CREF Stock Fund | A | Dividend | J | T | Buy | 1/15 | J | | |
| 19. | | | | | Buy | 6/12 | J | | |
| 20.   *TIAA CREF Global Fund | A | Dividend | J | T | Buy | 1/15 | J | | |
| 21. | | | | | Buy | 6/12 | J | | |
| 22.   *TIAA CREF Growth Fund | A | Dividend | J | T | Buy | 1/15 | J | | |
| 23. | | | | | Buy | 6/12 | J | | |
| 24.   *TIAA Equity Index Fund | A | Dividend | J | T | Buy | 1/15 | J | | |
| 25. | | | | | Buy | 6/12 | J | | |
| 26.   *IRA Fidelity Low Price Stock | C | Dividend | K | T | None | | | | |
| 27.   *IRA Fidelity Cash Reserves (Account A) | A | Interest | J | T | None | | | | |
| 28.   *IRA Fidelity - Pfizer | A | Dividend | J | T | None | | | | |
| 29.   *IRA Fidelity - TEVA | A | Dividend | J | T | None | | | | |
| 30.   *IRA Fidelity Cash Reserves (Account B) | A | Interest | J | T | None | | | | |
| 31.   *Trust A Real Estate Cape Coral, Florida, account at | A | Rent | L | W | | | | | |
| 32.   (Trust A continued) Middlesex Savings Bank | | | | | None | | | | |
| 33.   *Fidelity College Investment Plan (Fund C) | A | Dividend | J | T | Buy | 9/5 | J | | |
| 34.   *Fidelity College Investment Plan (Fund D) | A | Dividend | J | T | Buy | 9/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J | 05/7/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SECTION VII. INVESTMENTS AND TRUSTS

1. Employee Pension Plan - Great American Life Ins. Co. ▮▮▮▮ made no new investments to the account other than to reinvest interest. She sold her intrest in the fund on June 12.

2. T. Rowe Price. I reinvested all dividends in T. Rowe Price Funds.

3. Fidelity Investments. I reinvested all dividends.

4. IRA-Fidelity. I reinvested all dividends and interest.

5. Brandywine Fund, Inc., Firstar Trust Company. I made no new investments to the account other than to reinvest dividends.

6. Fidelity Unique College Investment Plan (Fund A). I invested $700 each month on or about the 5th of each month until September. I also reinvested all dividends.

7. Fidelity Unique College Investment Plan (Fund B). ▮▮▮▮ invested $700 each month on or about the 20th of each month until September. She reinvested all dividends.

8 TIAA CREF Stock Fund. ▮▮▮▮ contributed approximately $55.00 per month beginning in January and her employer matched her contribution each month. She also made an additional contribution on June 12.

9. TIAA CREF Global Fund. ▮▮▮▮ contributed approximately $37.00 per month beginning in January and her employer matched her contribution each month. She also made an additional contribution on June 12.

10. TIAA CREF Growth Fund. ▮▮▮▮ contributed approximately $55.00 per month beginning in January and her employer matched her contribution each month. She also made an additional contribution on June 12.

11. TIAA Equity Index Fund. ▮▮▮▮ contributed approximately $37.00 per month beginning in January and her employer matched her contribution each month. She also made an additional contribition on June 12.

12. Trust A. Rental income from the Coral Gables real estate is paid into the Middlesex Savings Bank account. Expenses incurred in maintaining the Coral Gables real estate are withdrawn from the account. I have used the aggregate reporting method. Amounts are based on net income and my interest in the trust.

13. Fidelity Unique College Investment Plan (Fund C). I invested $1,000 each month on or about the 20th of each month beginning in September.

14. Fidelity Unique College Investment Plan (Fund D). ▮▮▮▮ invested $1,000 each month on or about the 20th of each month beginning in September.

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J | 05/7/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Date  5 - 7 - 07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544